IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES JACKSON,                              No. C-09-2826 TEH (PR)

        Plaintiff,

    v.                                        ORDER OF TRANSFER

STEVE PLESSER, et. al.,

        Defendant(s).
_____/

        Plaintiff, an inmate in the Sacramento County Jail, has filed a pro se civil rights Complaint alleging various violations of his constitutional rights.  Doc. #1.  He also seeks leave to proceed in forma pauperis under 28 U.S.C. section 1915.  Doc. #2.

        A substantial part of the events or omissions giving rise to the claim(s) occurred in Sacramento County, which lies within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).  Venue therefore properly lies in the Eastern District.  See id. § 1391(b).

        Accordingly, in the interest of justice and pursuant to 28 U.S.C. section 1406(a) IT IS ORDERED that this action be TRANSFERRED

1 | to the United States District Court for the Eastern District of
2 | California.
3 |         The Clerk shall transfer this matter and terminate all
4 | pending motions as moot.
5 |
6 |
7 |         IT IS SO ORDERED.
8 |
9 |
10 | DATED    07/02/09            _____
11 |                              THELTON E. HENDERSON
                                  United States District Judge

26 | G:\PRO-SE\TEH\CR.09\Jackson-09-2826-transfer.wpd

**2**